CLIFFORD E. YIN (State Bar No. 173159)
MATTHEW C. DIRKES (State Bar No. 255215)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-cey@cpdb.com
       ef-mcd@cpdb.com

Attorneys for Defendants COCOA DEVELOPMENT RETAIL, LLC dba GHIRARDELLI SQUARE GARAGE; JMA VENTURES LLC; and COCOA PRC II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COCOA DEVELOPMENT RETAIL, LLC dba GHIRARDELLI SQUARE GARAGE; JMA VENTURES LLC; COCOA PRC II; and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. C09-02044 (MHP)<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO PROVIDE INITIAL DISCLOSURES (LOCAL RULE 6-1(a))** |

1  WHEREAS, Plaintiff recently filed a First Amended Complaint that, among other things, added a new defendant;

3  WHEREAS, that new defendant would (under Rule 26(f)) have thirty days after being served to provide initial disclosures;

5  WHEREAS, counsel for defendants wishes to provide the initial disclosures for all defendants (including the new defendant) at the same time;

7  WHEREAS, the parties are attempting to resolve the matter informally and have scheduled a September 2, 2009, site inspection;

9  WHEREAS, the parties have stipulated to extend the deadline to provide initial disclosures through and including October 2, 2009.

11  IT IS HEREBY STIPULATED by and between Plaintiff SEBASTIAN DEFRANCESCO ("Plaintiff") and Defendants COCOA DEVELOPMENT RETAIL, LLC, JMA VENTURES, LLC and COCOA PRC II, LLC that all of the parties' time to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) and General Order No. 56 shall be enlarged and extended to and including October 2, 2009.

16  IT IS SO STIPULATED.

18  DATED: August 28, 2009                COBLENTZ, PATCH, DUFFY & BASS LLP

By: /s/ Clifford E. Yin
Clifford E. Yin
Attorneys for Defendants COCOA DEVELOPMENT RETAIL, LLC dba GHIRARDELLI SQUARE GARAGE; JMA VENTURES LLC; and COCOA PRC II

DATED: August 28, 2009                LAW OFFICES OF PAUL L. REIN

By: _____
Paul L. Rein
Attorneys for Plaintiff
SEBASTIAN DEFRANCESCO

11811.008.1219062v1     1     Case No. C09-02044 (MHP)

**STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT (LOCAL RULE 6-1(a))**

1  WHEREAS, Plaintiff recently filed a First Amended Complaint that, among other things,
2  added a new defendant;

3  WHEREAS, that new defendant would (under Rule 26(f)) have thirty days after being
4  served to provide initial disclosures;

5  WHEREAS, counsel for defendants wishes to provide the initial disclosures for all
6  defendants (including the new defendant) at the same time;

7  WHEREAS, the parties are attempting to resolve the matter informally and have scheduled
8  a September 2, 2009, site inspection;

9  WHEREAS, the parties have stipulated to extend the deadline to provide initial disclosures
10 through and including October 2, 2009.

11  IT IS HEREBY STIPULATED by and between Plaintiff SEBASTIAN DEFRANCESCO
12 ("Plaintiff") and Defendants COCOA DEVELOPMENT RETAIL, LLC, JMA VENTURES, LLC
13 and COCOA PRC II, LLC that all of the parties' time to provide initial disclosures pursuant to
14 Federal Rule of Civil Procedure 26(a) and General Order No. 56 shall be enlarged and extended to
15 and including October 2, 2009.

16  IT IS SO STIPULATED.

17

18 DATED: August 27, 2009            COBLENTZ, PATCH, DUFFY & BASS LLP

19

20                                   By: _____
21                                        Clifford E. Yin
                                          Attorneys for Defendants COCOA
22                                        DEVELOPMENT RETAIL, LLC dba
                                          GHIRARDELLI SQUARE GARAGE; JMA
23                                        VENTURES LLC; and COCOA PRC II

24 DATED: August 27, 2009            LAW OFFICES OF PAUL L. REIN

25

26                                   By: _____
27                                        Paul L. Rein
                                          Attorneys for Plaintiff
28                                        SEBASTIAN DEFRANCESCO

11811.008.1219062v1                        1                    Case No. C09-02044 (MHP)
STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT (LOCAL RULE 6-1(a))

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/31, 2009



HONORABLE
UNITED STATES DISTRICT COURT JUDGE
Judge Marilyn H. Patel

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

11811.008.1219062v1

2

Case No. C09-02044 (MHP)

**STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT (LOCAL RULE 6-1(a))**