PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
SEBASTIAN DEFRANCESCO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO,<br><br>   Plaintiff,<br><br>v.<br><br>COCOA DEVELOPMENT RETAIL, LLC dba GHIRARDELLI SQUARE GARAGE; JMA VENTURES LLC; COCOA PRC II, LLC; and DOES 1-10, Inclusive,<br><br>   Defendants.<br>_____/ | Case No. C09-2044 RS<br>Civil Rights<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56, PURSUANT TO LOCAL RULE 7-11 |

Plaintiff's motion for administrative relief from General Order 56 is hereby GRANTED for good cause shown. A case management conference is set for January 6, 2011 at 10:00 with case management conference statements due December 30, 2010_____.

IT IS SO ORDERED.

Dated: _9/22_____, 2010

_____
Honorable RICHARD SEEBORG
United States District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE NO. C09-2044 RS                        1                    S:\CASES\G\GHIRARDELLI\PLEADINGS\Proposed Order for Relief from GO 56.PL.wpd