*E-Filed 10/6/10*

1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  510/832-5001
   Facsimile:   510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   SEBASTIAN DEFRANCESCO

7

8           IN THE UNITED STATES DISTRICT COURT

9        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SEBASTIAN DEFRANCESCO,                Case  No. C09-2044 RS
                                         Civil Rights
11          Plaintiff,

12                                       **STIPULATION AND [PROPOSED]**
   v.                                    **ORDER CONTINUING CASE**
13                                       **MANAGEMENT CONFERENCE**

14 COCOA DEVELOPMENT RETAIL,
   LLC dba GHIRARDELLI SQUARE
15 GARAGE; JMA VENTURES LLC;
   COCOA PRC II, LLC; and DOES 1-
16 10, Inclusive,

17          Defendants.

18  _____/

19

20                    **STIPULATION**

21         This case involved alleged barriers to access for disabled persons at

22 the Ghirardelli Square in San Francisco, California.  The parties to the above

23 captioned litigation hereby stipulate by and through their undersigned counsel of

24 record to the following good cause for continuing the Case Management

25 Conference from January 6, 2011 to January 20, 2011:

26         On September 23, 2010, the Court granted plaintiff's administrative

27 motion to be relieved of the requirements of General Order 56.  The case

28 management conference in this matter was then scheduled for January 6, 2011.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE C09-2044 RS                                   S:\CASES\G\GHIRARDELLI\PLEADINGS\Stip to continue CMC.wpd

1

1    Due to a scheduling conflict, plaintiff's counsel is unavailable to

2    attend the January 6, 2011 conference.  The parties therefore request the case

3    management conference be continued until January 20, 2011.

4

5    IT IS SO STIPULATED.

6

7

8    Dated: October 5, 2010          PAUL L. REIN, ESQ.
                                      CELIA McGUINNESS,ESQ.
9                                     LAW OFFICES OF PAUL L. REIN

10

11                                    By:    /s/ Celia McGuinness_____
                                      Attorneys for Plaintiff
12                                    SEBASTIAN DEFRANCESCO

13

14   Dated:  October 5, 2010         CLIFFORD YIN, ESQ.
                                      COBLENZ, PATCH, DUFFY & BASS, LLP
15

16
                                       /s/ Clifford Yin
17                                    Attorneys for Defendants  COCOA
                                      DEVELOPMENT RETAIL, LLC; JMA
18                                    VENTURES LLC; COCOA PRC II, LLC

19

20

21

22

23

24

25   //

26   //

27   //

28   //

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE C09-2044 RS                               S:\CASES\G\GHIRARDELLI\PLEADINGS\Stip to continue CMC.wpd

2

1

**ORDER**

2

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3

4   Dated: ___10/5_____, 2010

Honorable RICHARD SEEBORG
5                                                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PAUL L. REIN**
**200** LAKESIDE DR., SUITE A
OAKLAND, CA **94612-3503**
**(510) 832-5001**

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE C09-2044 RS                                    S:\CASES\G\GHIRARDELLI\PLEADINGS\Stip to continue CMC.wpd

3