*E-Filed 1/12/10*

CLIFFORD E. YIN (State Bar No. 173159)
MATTHEW C. DIRKES (State Bar No. 255215)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email: ef-cey@cpdb.com
       ef-mcd@cpdb.com

Attorneys for Defendants COCOA DEVELOPMENT RETAIL, LLC dba GHIRARDELLI SQUARE GARAGE; JMA VENTURES LLC; and COCOA PRC II

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO,<br><br>Plaintiff,<br><br>v.<br><br>COCOA DEVELOPMENT RETAIL, LLC dba GHIRARDELLI SQUARE GARAGE; JMA VENTURES LLC; COCOA PRC II; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. C09-02044 (RS)<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

## NOTICE OF SETTLEMENT

The parties in the above-referenced action hereby provide notice to the Court that this action is and has been settled.  On August 11, 2010, the Court entered a mutually agreeable Consent Decree and Order, which specified the corrective work that Cocoa Development Retail, LLC's successor-in-interest will perform at the relevant premises and which provided that the Court would retain jurisdiction of this action until that corrective work was completed.  On December 17, 2010, the parties entered into a Settlement Agreement, which resolved all remaining

11811.008.1644176v1                                                                Case No. C09-02044 (RS)

**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

issues, including, but not limited to, all issues related to damages, attorney fees and costs.

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Cocoa Development Retail, LLC's successor-in-interest has not yet satisfied its obligations under the Consent Decree and under that Consent Decree, it is not required to do so until at least April 22, 2011.

In light of the parties' settlement and the ongoing corrective work under the Consent Decree, the parties, by and through their counsel of record, stipulate and agree to continue the Case Management Conference now scheduled for January 20, 2011 at 10:00 a.m. to Thursday, May 26, 2011, at 10:00 a.m.

IT IS SO STIPULATED.

DATED: January 12, 2011        COBLENTZ, PATCH, DUFFY & BASS LLP

By: /s/ Clifford E. Yin
Clifford E. Yin
Attorneys for Defendants COCOA DEVELOPMENT RETAIL, LLC dba GHIRARDELLI SQUARE GARAGE; JMA VENTURES LLC; and COCOA PRC II

DATED: January 12, 2011        LAW OFFICES OF PAUL L. REIN

By: /s/ Celia McGuiness
Celia McGuiness
Attorneys for Plaintiff
SEBASTIAN DEFRANCESCO

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/12_____, 2011    _____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

11811.008.1644176v1        1        Case No. C09-02044 (RS)

**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**