CLIFFORD E. YIN (State Bar No. 173159)
MATTHEW C. DIRKES (State Bar No. 255215)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-cey@cpdb.com
       ef-mcd@cpdb.com

Attorneys for Defendants COCOA DEVELOPMENT RETAIL, LLC; JMA VENTURES LLC; and COCOA PRC II, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO,<br><br>   Plaintiff,<br><br>   v.<br><br>COCOA DEVELOPMENT RETAIL, LLC dba GHIRARDELLI SQUARE GARAGE; JMA VENTURES LLC; COCOA PRC II, LLC; and DOES 1-10, Inclusive,<br><br>   Defendants. | Case No. C09-02044 - MHP<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER PURSUANT TO FRCP RULE 41(A)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between Plaintiff SEBASTIAN DeFRANCESCO and Defendants COCOA DEVELOPMENT RETAIL, LLC dba GHIRARDELLI SQUARE GARAGE; JMA VENTURES LLC; COCOA PRC II, LLC, through their designated counsel, that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The parties will bear their own attorney fees and costs in connection with said dismissal. The Court

//

//

//

//

retains jurisdiction to enforce the terms of the Consent Decree and Order entered by the Court on August 11, 2010 (the "Consent Decree").

DATED: May 31, 2011               LAW OFFICES OF PAUL L. REIN

                                  By:  */s/ Celia McGuinness*
                                       Celia McGuinness
                                       Attorneys for Plaintiff
                                       SEBASTIAN DEFRANCESCO

DATED: May 31, 2011               COBLENTZ, PATCH, DUFFY & BASS LLP


                                  By:  */s/ Clifford E. Yin*
                                       Clifford E. Yin
                                       Attorneys for Defendants COCOA
                                       DEVELOPMENT RETAIL, LLC; JMA
                                       VENTURES LLC; and COCOA PRC II, LLC


### [PROPOSED] ORDER BY THE COURT

Pursuant to the parties' request, and for good cause shown, this matter is hereby dismissed WITH prejudice. The Court retains jurisdiction to enforce the terms of the Consent Decree.

IT IS SO ORDERED.


DATED: __5/31_____, 2011


                                  _____
                                  Honorable RICHARD SEEBORG
                                  United States District Court Judge